**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Steven M. Landrum v. Credit Control Services, Inc.

Case Number: 1:21-cv-02220

An appearance is hereby filed by the undersigned as attorney for:
Steven M. Landrum

Attorney name (type or print): Geoff B. McCarrell

Firm: Consumer Law Partners, LLC

Street address: 333 N. Michigan Ave., Suite 1300

City/State/Zip: Chicago, IL 60601

Bar ID Number: 0086427
(See item 3 in instructions)

Telephone Number: (267) 422-1000

Email Address: geoff.m@consumerlawpartners.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/26/2021

Attorney signature: S/ Geoff B. McCarrell
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015